# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126980
127032

JOSEPH STAMPLIS and THEODORA
STAMPLIS,
   Plaintiffs-Appellees,

v

ST. JOHN HEALTH SYSTEM, d/b/a
RIVER DISTRICT HOSPITAL,
   Defendant-Appellant,
and

G. PHILLIP DOUGLASS,
   Defendant-Appellee,
and

HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, et al

   Defendants.
_____/

SC: 126980
COA: 241801
St. Clair CC: 01-001051-NH

JOSEPH STAMPLIS and THEODORA
STAMPLIS,
   Plaintiffs-Appellees,

v

ST. JOHN HEALTH SYSTEM, d/b/a
RIVER DISTRICT HOSPITAL,
   Defendant-Appellee,
and

G. PHILLIP DOUGLASS,
   Defendant-Appellant,
and

HENRY FORD HEALTH SYSTEM, d/b/a
HENRY FORD HOSPITAL, et al
   Defendants.
_____/

SC: 127032
COA: 241801
St. Clair CC: 01-001051-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of these appeals is considered, and the appeals are DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

_Corbin R. Davis_
Clerk

d0116